**Exhibit A to the Complaint**

**Location:** Fort Lee, NJ  
**Total Works Infringed:** 79  

**IP Address:** 100.8.241.47  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 01/14/2018 11:32:03 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 2 | 015FC897B7AB4A69BA16855E5A42E3C69A1C269A | Vixen | 11/21/2017 04:29:00 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 3 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/04/2017 05:41:19 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 4 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 11/05/2017 11:44:45 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 5 | 0603970D235F587562D0CEDA69B633953F95A9EA | Tushy | 05/15/2017 19:57:51 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 6 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 06/28/2017 22:21:21 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 7 | 0DCB1434642E93651776B681F5B41F207B5815B9 | Tushy | 01/14/2018 11:13:50 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 8 | 0EFB940DB6E9A6830B9BDA3A2432F8B00CCF32A6 | Vixen | 11/02/2017 23:06:53 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 9 | 1278F4C4BF0B45678418F6CC8F8844DE4AB68C83 | Tushy | 06/28/2017 22:18:54 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 10 | 127D8EAEE8F45701A505248271A3CFD34373E448 | Tushy | 07/04/2017 02:16:21 | 03/27/2017 | 06/05/2017 | PA0002050767 |
| 11 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/12/2017 11:37:24 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 12 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/27/2017 03:46:54 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 13 | 190D327F46FDAD0685F08FC1B0086A19C157AA0C | Vixen | 08/20/2017 03:15:30 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 14 | 1C2C06D480942F4FE7FDCED4759E93805E02B54B | Tushy | 06/28/2017 22:24:57 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 15 | 1D33325B57A901F28A7E62799C15D8A5097F2410 | Tushy | 08/25/2017 21:10:36 | 04/21/2017 | 06/15/2017 | PA0002037584 |
| 16 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 09/03/2017 03:32:15 | 09/01/2017 | 09/07/2017 | PA0002052845 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 06/28/2017 23:14:59 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 18 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | Vixen | 05/29/2017 15:15:20 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 19 | 23CBED3813DD9DE68B4DA0E04F9F4ABCD9A951CA | Vixen | 06/10/2017 04:08:06 | 03/25/2017 | 06/05/2017 | PA0002050771 |
| 20 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 11/03/2017 01:55:03 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 21 | 2605ED0E8DA690298061CC2A6CD83EE7A0617865 | Tushy | 08/20/2017 17:45:14 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 22 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/11/2018 04:29:25 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 23 | 2AFB6BB30416C5FA06AF8648FDC3CB2E9AE9171B | Tushy | 11/21/2017 05:18:59 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 24 | 2C071D5726E41EDE6397DC9647BF1DB9CC406DF1 | Vixen | 12/11/2017 03:46:12 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 25 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 01/13/2018 21:40:50 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 26 | 30ADA15EBDDD0DE68EC861414E0C31F391750A11 | Vixen | 11/10/2017 21:11:16 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 27 | 31577E16E1B68BF13F30BE538E1BAF66E224726A | Tushy | 08/25/2017 18:01:12 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 28 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 12/04/2017 05:33:29 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 29 | 3871D3505933B0D1554FF34B9F58D309233151B1 | Tushy | 12/11/2017 03:33:28 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 30 | 4160304E5E5C6B7FE454DC8B9882041D45D39F4B | Tushy | 06/24/2017 23:51:11 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 31 | 4511557BA2C904843CF8C258576FC2BE76C52AB6 | Tushy | 12/28/2017 23:50:01 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 32 | 464AB452DA8258FA23BA74830F0D57EE7CA518C5 | Tushy | 08/25/2017 17:56:29 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 33 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/14/2017 10:50:19 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 34 | 504E023737A117FE090CC0EBB2B22A596872CB72 | Vixen | 01/11/2018 04:10:43 | 01/09/2018 | 01/18/2018 | PA0002070945 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 06/28/2017 22:24:13 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 36 | 637973CB536525CD32F7FFDC054B4E1B9742D7FA | Tushy | 12/01/2017 03:39:16 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 37 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 08/10/2017 06:22:27 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 38 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 10/25/2017 00:13:28 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 39 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 08/06/2017 19:21:24 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 40 | 72F519FE9EED3C466979E55CFEBF253309A8106C | Vixen | 05/15/2017 18:45:38 | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 41 | 75A66943C93375036F18D9F2DE832FFCDAF153DB | Tushy | 09/21/2017 01:03:06 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 42 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 05/29/2017 22:14:06 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 43 | 8519F3BB18D38EB8472CD07987B1BC2224E7EC22 | Vixen | 10/25/2017 00:10:40 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 44 | 8AD4B241180853A56EF25F7FEFE3F73F9A6EA01B | Vixen | 06/18/2017 02:47:27 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 45 | 8FDE83C1B6614B3F1A37CD8A0E3EDA558F4A499B | Vixen | 08/31/2017 01:12:51 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 46 | 921AED6337A58B159CFAF9DADDFE2D91CDFF8AB3 | Tushy | 08/25/2017 21:39:46 | 06/25/2017 | 07/07/2017 | PA0002070817 |
| 47 | 9656E3F188CC3471B816D2B3310F838EC63BC2D3 | Vixen | 11/12/2017 12:05:08 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 48 | 98F94D4569CD73E2FD2FF68FFF228046FCF83EAD | Vixen | 11/17/2017 06:49:32 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 49 | 9D18E812560E4331ED494F4912AB5E27AC63C8F2 | Tushy | 12/03/2017 11:59:56 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 50 | 9EA0787D3FFCD7696731A348E3F5C09FB9F65E08 | Vixen | 06/27/2017 11:55:48 | 06/23/2017 | 07/07/2017 | PA0002070829 |
| 51 | A0F6BF8070A998876C36DED0B2A2F4012225842A | Vixen | 12/11/2017 03:52:56 | 03/30/2017 | 06/05/2017 | PA0002052862 |
| 52 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/20/2017 03:42:26 | 08/04/2017 | 08/17/2017 | 15732903865 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | A908F71356BD4B7EFBB8A21AE39B4327E77491F3 | Vixen | 06/08/2017 15:09:03 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 54 | ABC004062B9F9CF37E9A3A57F4BEA161154EECAE | Vixen | 09/28/2017 03:12:56 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 55 | AEA3C575E813BEDE6AE2E37E827FEE6D14F49114 | Vixen | 06/25/2017 16:21:34 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 56 | B10800F22F6223C4B38FCC4C0AA7FC605F8C21F4 | Vixen | 01/07/2018 04:52:05 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 57 | B94B97749DBE7B9883FD15D44503A0EC8711AE6A | Vixen | 08/05/2017 03:48:07 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 58 | BAC14070F7F5F5F9C24FD212ADF25F59AFBA2627 | Tushy | 01/03/2018 05:32:36 | 01/01/2018 | 01/18/2018 | 16215970489 |
| 59 | C43D9FF3588F7B8CD15A9E13FAE77EA9745CB41B | Tushy | 11/02/2017 22:54:22 | 11/02/2017 | 11/15/2017 | 16013254789 |
| 60 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/18/2017 04:45:17 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 61 | C54AB2ED7CDFD90F1609B0CE2134B637A99AA5ED | Vixen | 09/17/2017 03:08:14 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 62 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/10/2017 01:28:16 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 63 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 10/11/2017 19:35:50 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 64 | C95FFAC1C2D83EAC93BAA6227DA3A7A4FC39ED6E | Vixen | 12/06/2017 02:12:16 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 65 | CC36967DDF49C539E355D99A9D2A37CCFD3435C6 | Vixen | 12/21/2017 05:01:39 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 66 | DDDE3C1E38BE459DA57A781AA618792652E406F3 | Vixen | 10/07/2017 09:18:32 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 67 | E132E9FA5E49D121438054A52BF975E27F5A3AEA | Vixen | 12/16/2017 00:28:41 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 68 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 08/25/2017 22:20:52 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 69 | E5FBACD5FB5328A95AE74FEDCAD2F325C3E51215 | Vixen | 12/27/2017 01:59:19 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 70 | EA0E7DCC6D7915DE73D106A2E064BA437E3D2029 | Vixen | 12/11/2017 09:23:27 | 12/10/2017 | 12/17/2017 | 16159649229 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 06/30/2017 20:35:11 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 72 | EB4FD1A21DBD07D014D1BA3B828BA558AFC7D40C | Tushy | 08/31/2017 01:05:47 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 73 | EC07689642E8271C1B333C5CD044F723E4B27C03 | Tushy | 05/15/2017 18:54:23 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 74 | EF2EAC4726A1D3E00AEED333D69582FB39066114 | Vixen | 12/06/2017 03:44:58 | 04/29/2017 | 06/15/2017 | PA0002037568 |
| 75 | F08757E3703EC2278B5CEB95FF97E82F94DD77E6 | Vixen | 12/31/2017 05:27:01 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 76 | F4F9FAB26547D45C6FFC92930AA6F28930126918 | Tushy | 06/18/2017 04:26:31 | 06/10/2017 | 07/07/2017 | PA0002074096 |
| 77 | F968B8F2FF6553844973217A1AEA0168A29B1092 | Vixen | 11/17/2017 03:42:58 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 78 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 08/25/2017 00:14:11 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 79 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 10/07/2017 03:09:57 | 09/21/2017 | 09/28/2017 | 15894022962 |