**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:     John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN DOE, subscriber assigned IP address 100.8.241.47,<br><br>                    Defendant. | Case No. 2:18-cv-02630-CCC-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 100.8.241.47, are voluntarily dismissed with prejudice.

DATED: July 10, 2018          Respectfully submitted,

                              **FOX ROTHSCHILD LLP**

                              *Attorneys for Plaintiff,*
                              *Strike 3 Holdings, LLC*

                              */s/ John C. Atkin, Esq.*
                              John C. Atkin, Esq.

SO ORDERED

       *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:     7/11/18